*CLOSED*

*CLOSED*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD DAVIDSON, | |
| Plaintiff, | Civil Action No. 08-2679 (SRC) |
| v. | |
| J. TAN, M.D. et al., | **ORDER** |
| Defendants. | |

**CHESLER**, U.S.D.J.

    This matter comes before the Court on two motions: 1) the motion for Rule 60(b)(6) relief by *pro se* Plaintiff Ronald Davidson; and 2) the motion to dismiss for failure to comply with the New Jersey affidavit of merit statute by Defendants J. Tan, M.D., James Weisberger, M.D., and GenPath Inc. (collectively, "Defendants"); and the Court having considered the parties' submissions, and for the reasons stated in the accompanying Opinion, and good cause appearing,

    **IT IS** on this 25th day of August, 2011,

    **ORDERED** that Plaintiff's motion for relief pursuant to Rule 60(b)(6) (Docket Entry No. 39) is **DENIED**; and it is further

    **ORDERED** that Defendants' motion to dismiss (Docket Entry No. 40) is **GRANTED,** and the Complaint is hereby **DISMISSED** with prejudice.

                                            s/ Stanley R. Chesler
                                              Stanley R. Chesler, U.S.D.J.